Cosimo Cicerello, Appellant, v. Fred W. Johnson and Another, Respondents. — Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

William Rowell, Respondent, v. Waldorf System, Inc., Appellant.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

The People of the State of New York, Respondent, v. Andrew Raymond, Appellant.— Appeal dismissed, unless appellant shall be ready for argument on January twelfth.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

Gordon C. Greene, by His Guardian ad Litem, etc., Respondent, v. Anthony F. Zaff, Appellant.— Appeal dismissed, unless appellant shall be ready for argument on January twelfth.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

F. Caldwell Greene, Respondent, v. Anthony F. Zaff, Appellant.— Appeal dismissed, unless appellant shall be ready for argument on January twelfth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

Bertha A. Hoelcle, as Administratrix, etc., Respondent, v. International Railway Company, Appellant.— Appeal dismissed, unless appellant shall file and serve the printed papers on appeal by January twenty-fifth.   Present — Hubbs, P. J.; Clark, Davis, Sears and Taylor, JJ.

Marie Duscher and Another, Respondents, v. International Railway Company, Appellant.— Appeal dismissed, unless appellant shall file and serve the printed papers by January twenty-fifth.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

Ray E. Groves, Respondent, v. Alexander Cavanaugh and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve the printed papers by January twenty-fifth.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

Leonard Sparling, Respondent, v. Frank Roll, Appellant.— Appeal dismissed, unless appellant shall be ready for argument on January thirteenth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

The People of the State of New York, Respondent, v. John Pulko, Appellant.— Motion granted for leave to have appeal heard on typewritten briefs and papers.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

The City of Oneida, Respondent, v. Asel Willcox, Appellant.— Order modified so as to require the deposit of $1,000 in place of a bond, and as so modified the order is affirmed, without costs of this appeal to either party.   All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

Jessie Korn, Respondent, v. William A. McCormick, Appellant, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs.   All concur.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

The People of the State of New York, Respondent, v. Dominick Bush, Appellant.— Judgment of conviction and order affirmed.   All concur.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of Proving the Last Will and Testament of Jennie Ryan, Deceased.— Decree affirmed, with costs.   All concur.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.